UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOEL R. PEDELAHORE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-1575** |
| **WARDEN R. TANNER** | **SECTION "N"(2)** |

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the petitioner on October 9, 2012 (Rec. Doc. No. 14), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the petition of Joel R. Pedelahore for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 is hereby **DENIED AND DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this __17th__ day of __October__, 2012.

_____
UNITED STATES DISTRICT JUDGE